COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER

Appellate case name:      *Gregory Sullo and Brian Zimmerman v. Felix Michael Kubosh a/k/a Kubosh Bail Bonding, Paul Kubosh a/k/a Kubosh Law Office*

Appellate case number:      01-18-00418-CV

Trial court case number:      2013-50819

Trial court:      333rd District Court of Harris County

On February 9, 2021, the parties filed a "Joint Motion to Accelerate Issuance of Mandate." In this motion, the parties informed this Court that they have reached a settlement agreement and requested that we accelerate issuance of our mandate so they may dismiss the underlying proceedings.

The parties' joint motion to accelerate issuance of the mandate is **granted**. We direct the Clerk of this Court to issue the mandate for the above-captioned case immediately. *See* TEX. R. APP. P. 18.1(c) ("The mandate may be issued earlier if the parties so agree . . . .").

It is so ORDERED.

Judge's signature: /s/ Sarah Beth Landau
         ☐ Acting individually      ☒ Acting for the Court

Panel consists of Justices Kelly and Landau.

Date: February 11, 2021